UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ADAM JAMES WINNINGHAM, <br><br> Petitioner, <br><br> v. <br><br> STATE OF WASHINGTON, et al., <br><br> Respondents. | Case No. C12-0624RSL <br><br> **ORDER OF DISMISSAL** |

The Court, having reviewed petitioner's amended 28 U.S.C. § 2254 petition for writ of habeas corpus (Dkt. 7), the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the record, does hereby find and **ORDER**:

1. The Report and Recommendation is **ADOPTED**;

2. Petitioner's amended § 2254 habeas petition (Dkt. 7) is **DENIED** and this matter is **DISMISSED** without prejudice; and

3. Petitioner is **DENIED** issuance of a certificate of appealability

DATED this 8th day of June, 2012.

                                        */s/ Robert S. Lasnik*
                                        ROBERT S. LASNIK
                                        United States District Judge

ORDER OF DISMISSAL - 1